TOLIVER *v.* THE STATE.

ATKINSON, J.   Larceny from the house of goods exceeding $50 in value is a felony, and the offense is not within the jurisdiction of a city court. The only evidence·on the subject of value showing affirmatively that the watch, the subject of the alleged larceny from the house, was of the value of $65, the city court of Valdosta was without jurisdiction, and the judgment of the court finding the defendant guilty should have been set aside.

*Judgment reversed.   All the Justices concur.*

Submitted October 17,—Decided November 8, 1906.

Accusation of larceny from the house.   Before Judge Smith. City court of Valdosta.    August 31, 1906.

*S. M. Varnedoe,* for plaintiff in error.

*James M. Johnson, solicitor,* contra.